**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
REYES, WALKER, WILLIAMSON,
DEASON, HUTCHINGS and COSTA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAZARUS ORTEGA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CSP-SACRAMENTO PRISON OFFICIALS: REYES, WALKER, WILLIAMSON, DEASON, HUTCHINGS, WALKER<br><br>　　　　　　Defendants. | CASE NO: 2:08-cv-00588-SOM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS REYES AND WALKER** |

///
///
///
///

The parties to this action, the defendants by and through their attorney of record and plaintiff, in pro se, hereby stipulate to the dismissal of defendants REYES and WALKER, with prejudice, each side to bear its own costs.

Dated: 2/18/11

*/s/ "Lazarus Ortega"* (original signature retained by counsel)
LAZARUS ORTEGA, plaintiff

Dated: 2/22/11

WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams*
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants REYES, WALKER, WILLIAMSON, DEASON, HUTCHINGS and COSTA

**IT IS SO ORDERED**

Dated: FEB 2 2 2011

_____
Judge, United States District Court