# MINUTES

CASE NUMBER: 02:08CV00588SOM

CASE NAME: Lazarus Ortega vs. M. Reyes, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Susan Oki Mollway        REPORTER:

DATE: 07/20/2011                TIME:

COURT ACTION: EO:

Early Settlement/Pretrial Conference is set for 7/25/11 @ 1:30 p.m. Hawaii time.

Notified: Kathleen Williams.

Plaintiff and Defense counsel may appear by telephone, with the telephone conference being initiated by the trial judge's staff.

Submitted by: Toni Fujinaga, Courtroom Manager.