IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS ORTEGA, | 2:08-CV-00588 SOM |
| Plaintiff, | |
| vs. | ORDER APPOINTING LIMITED PURPOSE PRO BONO COUNSEL |
| CSP-SACRAMENTO PRISON OFFICIALS HUTCHINGS AND WILLIAMSON, | |
| Defendants. | |

ORDER APPOINTING LIMITED PURPOSE PRO BONO COUNSEL

Plaintiff Lazarus Ortega is a prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in settlement negotiations. The court has located pro bono counsel willing to represent Plaintiff for the limited purpose of settlement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Joshua Kaizuka is appointed limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff in settlement negotiations and will terminate thirty days after completion of the settlement conference, or any continuation of the settlement conference.

2. Joshua Kaizuka shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Joshua

Kaizuka, Law Office of Earl Carter, 906 G Street, Suite 120, Sacramento, California 95814.

        IT IS SO ORDERED:

        DATED: Honolulu, Hawaii; August 31, 2011.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

orte0588.31

Lazarus Ortega v. CSP-Sacramento Prison Officials Hutchings and Williamson; 2:08-CV-00588 SOM; ORDER APPOINTING LIMITED PURPOSE PRO BONO COUNSEL; CSP-SACRAMENTO PRISON OFFICIALS HUTCHINGS AND WILLIAMSON