IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS ORTEGA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CSP-SACRAMENTO PRISON OFFICIALS HUTCHINGS AND WILLIAMSON<br><br>　　　　　　Defendants.<br>_____/ | 2: 08-CV-00588 SOM<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND CONTINUING TRIAL DATE, UNEXPIRED DEADLINES, AND PRETRIAL CONFERENCE |

　　　Plaintiff Lazarus Ortega is a prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. §1983.  This case will be referred to Magistrate Judge Dale A. Drozd to conduct a settlement conference on October 11, 2011, at 11:00 a.m. in Courtroom #27.

　　　A separate order and writ of habeas corpus ad testificandum will issue with this order.

　　　In accordance with the above,  IT IS HEREBY ORDERED that:

　　　1.  This case is set for a settlement conference before Magistrate Judge Dale A. Drozd on October 11, 2011, at 11:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #27.

　　　2.  Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person.[1]

---

[1] The term "full authority to settle" means that the individuals attending the mediation conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  G. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6

1

3. The parties are to provide confidential settlement conference statements to the following email address: dadorders@caed.uscourts.gov so they arrive no later than October 3, 2011. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

IT IS FURTHER ORDERED that:

1. The trial of this action is continued from September 20, 2011, to November 30, 2011, at 9:00 a.m., before Judge Susan Oki Mollway.

2. All existing unexpired deadlines are moved 7 weeks.

3. The pretrial conference set for September 12, 2011, is continued to November 7, 2011, at 9:00 a.m., before Judge Mollway, with the parties appearing by telephone.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 31, 2011.

    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Lazarus Ortega v. CSP-Sacramento Prison Officials Hutchings and Williamson; 2:08-CV-00588 SOM; ORDER SETTING SETTLEMENT CONFERENCE AND CONTINUING TRIAL DATE, UNEXPIRED DEADLINES, AND PRETRIAL CONFERENCE

---

F. 3d 1385, 1396 (9th Cir. 1993). The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on recon. in part, Pitman v. Brinker Int'l, Inc., 2003 WL 23353478 (D. Ariz. 2003). The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. Pitman, 216 F.R.D. at 486. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. Nick v. Morgan's Foods, Inc., 270 F. 3d 590, 596-97 (8th Cir. 2001).