# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

              Plaintiff,

  vs.

CSP-SACRAMENTO PRISON OFFICIALS HUTCHINGS AND WILLIAMSON,

              Defendants.
_____/

2: 08-CV-00588 SOM

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Lazarus Ortega, inmate # F-23334, a necessary and material witness in proceedings in this case on October 11, 2011, is confined in High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd at the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Tuesday, October 11, 2011, not later than 8:30 a.m. for a meeting with his attorney, and a settlement conference immediately following at 11:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a meeting with his attorney and in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Dale A. Drozd; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, High Desert State Prison, P. O. Box 750, Susanville, California 96127:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd; and thereafter return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 31, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Lazarus Ortega v. CSP-Sacramento Prison Officials Hutchings and Williamson; 2:08-CV-00588 SOM; **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**