# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

        Plaintiff,                 No. CIV S-08-0588 CKD P

  vs.

WILLIAMSON, et al.,

        Respondent.       **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

      LAZARUS ORTEGA, inmate # F-23334, a necessary and material witness in proceedings in this case on November 9, 2011, is confined in High Desert State Prison in Susanville, California, in the custody of Mike McDonald; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney to appear by telephonic-conferencing at High Desert State Prison on November 9, 2011 at 10 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 3, 2011

                                                 _/s/ Carolyn K. Delaney_
                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE