# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

       Plaintiff,            No. CIV S-08-0588 CKD P

  vs.

WILLIAMSON, et al.,

       Defendants.        **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

       Lazarus Ortega, inmate # F-23334, a necessary and material witness in proceedings in this case on November 9, 2011, is confined in California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by telephonic-conferencing at California State Prison, Solano, November 9, 2011, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  The 11/03/11 order and writ of habeas corpus ad testificandum (Docket No. 99) directed to High Desert State Prison is hereby vacated;

       2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       3  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

       4.  The clerk of the court shall send a courtesy copy of this order and writ to High Desert State Prison at 530-251-5031 and to California State Prison Sacramento at 916-294-3072.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 4, 2011

                                        /s/ Carolyn K. Delaney
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE