## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

        Plaintiff,                        No. CIV S-08-0588 CKD P

  vs.

WILLIAMSON, et al.,

        Defendants.               **AMENDED ORDER & WRIT OF HABEAS**
                                          /        **CORPUS AD TESTIFICANDUM**

        Lazarus Ortega, inmate # F-23334, a necessary and material witness in proceedings in this case on November 30, 2011, is confined in California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States Courthouse, 501 I Street, Sacramento, California on November 30, 2011, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  The November 3, 2011 Order and Writ of Habeas Corpus ad Testificandum (Docket No. 98) directed to High Desert State Prison is hereby vacated;

        2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

        4.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671; and

        5.  The Clerk of the Court is directed to send a courtesy copy by fax to High Desert State Prison at 530-251-5031 and California State Prison, Sacramento at 916-294-3072.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 4, 2011

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp; orte0588.841