UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

        Plaintiff,                No. CIV S-08-0588 CKD P

  vs.

WILLIAMSON, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
                                 /      **AD TESTIFICANDUM**

        Lazarus Ortega, inmate #F-23334, a necessary and material witness in proceedings in this case on January 4, 2012, is confined in California State Prison - Sacramento, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by telephonic-conferencing at California State Prison - Sacramento, January 4, 2012, at 10:00 a.m..

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison - Sacramento, Prison Road, P.O. Box 290002, Represa, California 95671-0002 :**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 21, 2011

                                                             _____
                                                            CAROLYN K. DELANEY
                                                           UNITED STATES MAGISTRATE JUDGE

/kly
orte0588.841tch